# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA DIANN POLK | § § | |
| VS. | § § | CIVIL ACTION NO. 3:21-cv-1044 |
| GATEWAY FOUNDATION, INC. D/B/A GATEWAY FOUNDATION CORRECTIONS | § § § § | |

## NOTICE OF REMOVAL

Defendant, **GATEWAY FOUNDATION, INC., D/B/A GATEWAY FOUNDATION CORRECTIONS** ("Defendant"), files this Notice of Removal. In support hereof, Defendant respectfully shows the following:

### The Grounds for Removal

1. This Court has original jurisdiction of this action under diversity jurisdiction pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(b) and 1446. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446 because the parties to this suit are citizens of different states.

### Diversity Jurisdiction

2. On March 10, 2021, Plaintiff filed suit against Defendant, Gateway Foundation, Inc. d/b/a Gateway Foundation Corrections, in the case styled *Patricia Diann Polk v. Gateway Foundation, Inc. d/b/a Gateway Foundation Corrections*, Cause No. DC-21-03138; in the 44th Judicial District Court of Dallas County, Texas. Plaintiff demanded a jury in the Original Petition.

3. As alleged in Plaintiff's Original Petition, Plaintiff contends Defendant, her former employer, discriminated and retaliated against her for filing a worker's compensation claim. Plaintiff further contends Defendant discriminated against her for failing to accommodate an alleged disability and allegedly terminated her for the disability under Chapter 21 of the Texas Labor Code or TCHRA. Finally, she asserted a retaliation claim for engaging in protected activity. Defendant maintains it terminated Plaintiff for non-discriminatory, legitimate business reasons.

4. The 30-day time frame within which Defendant is required by the laws of the United States, 28 U.S.C. § 1446(b)(3), to file this Notice of Removal has not yet expired. Defendant received the initial pleading from the Secretary of State on April 12, 2021. Plaintiff's suit was originally filed on March 10, 2021. Therefore, this Notice of Removal is timely filed, less than one year from the date suit was filed. 28 U.S.C. §§ 1446(b)(1) and 1446(c)(1).

5. This court has subject matter jurisdiction over this civil action based on the diversity of the parties, under 28 U.S.C. § 1332(a)(1). It is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, because the Plaintiff has sought in excess of $1,000,000 in damages, as set forth in her pleading. In addition, this action is between the citizens of different states. Therefore, this action is one that may be removed to this court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a).

6. Defendant is Gateway Foundation, Inc. d/b/a Gateway Foundation Corrections. Gateway Foundation, Inc. d/b/a Gateway Foundation Corrections is a

citizen of Illinois. Gateway Foundation, Inc. d/b/a Gateway Foundation Corrections was incorporated in the state of Illinois and also maintains its principal place of business in Illinois.

7. Based on the diversity of citizenship between the parties, this court has original subject matter jurisdiction over this civil action under 28 U.S.C. § 1332(a)(1) in that it is a civil action between the citizens of different states and the alleged value exceeds $75,000 in controversy.

8. Venue is proper in this district court under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

### Compliance with Removal Procedures

9. In accordance with 28 U.S.C. § 1446(a), all of the process and pleadings served upon Defendant in this action to date are attached to this notice:

   a. Plaintiff's Original Petition (Exhibit 1);

   b. Returns of Service (Exhibit 2);

   c. Defendant's Original Answer with Letter Regarding Service Email Address (Exhibit 3);

10. In accordance with Local Rule LR81.1, Defendant further attaches executed copies of the following forms required for cases removed to the Northern District of Texas:

   d. Civil Cover Sheet JS-44 (Exhibit 4);

   e. Supplemental Civil Cover Sheet (Exhibit 5);

   f. an index of all documents that clearly identifies each document and indicates the date the document was filed in state court; (Exhibit 6);

g. Docket Sheet (Exhibit 7); and

h. A Certificate of Interested Persons (Exhibit 8).

11. As required by 28 U.S.C. § 1446(d), Defendant will promptly provide notice to Plaintiff and file a true and correct copy of this Notice of Removal with the clerk of the state court where this action has been pending.

## Preservation of Defenses

12. By filing this Notice of Removal, Defendant does not waive any defense which may be available to it.

FOR THESE REASONS, Defendant, **GATEWAY FOUNDATION, INC., D/B/A GATEWAY FOUNDATION CORRECTIONS**, prays that this cause be removed to the United States District Court for the Northern District of Texas – Dallas Division, pursuant to 28 U.S.C. §1441.

        Respectfully submitted,

        By:   /s/ David L. Miller
             David L. Miller
             Attorney-in-Charge
             SBN: 14067300
             Miller, Scamardi & Carrabba, P.C.
             6525 Washington Avenue
             Houston, Texas 77007-2112
             TEL: (713) 861-3595
             FAX: (713) 861-3596
             dmiller@msc-lawyer.com
             e-service@msc-lawyer.com

**ATTORNEYS FOR DEFENDANT, GATEWAY FOUNDATION, INC., D/B/A GATEWAY FOUNDATION CORRECTIONS**

OF COUNSEL:
Diane F. Burgess
SBN: 24036594
Miller, Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595
FAX: (713) 861-3596
dburgess@msc-lawyer.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via electronic transmission (ECF), certified mail, return receipt requested and/or facsimile, pursuant to Rule 5b, FED. R. CIV. P., on this 7th day of May 2021.

              /s/ David L. Miller
            David L. Miller / Diane F. Burgess