IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA DIANN POLK, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § | Case No. 3:21-CV-01044-E |
| GATEWAY FOUNDATION, INC. D/B/A GATEWAY FOUNDATION CORRECTIONS, | | |
| Defendant. | | |

# ORDER

Before the Court is the parties' Agreed Motion for Order of Remand to State Court (Doc. 7). The parties agree Plaintiff's workers' compensation retaliation claim under Texas Labor Code § 451.001 is nonremovable. *See* 28 U.S.C. § 1445(c). The Court **GRANTS** the motion and **REMANDS** this action to the 44th Judicial District Court of Dallas County, Texas.

**SO ORDERED.**

Signed May 24, 2021.

*[signature: Ada Brown]*

Ada Brown
UNITED STATES DISTRICT JUDGE

1